**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROBERT BOSCH LLC, ) | |
| ) | Case No. 26-cv-1194 |
| Plaintiff, ) | |
| ) | Judge Manish S. Shah |
| v. ) | |
| ) | |
| THE INDIVIDUALS, CORPORATIONS, ) | |
| LIMITED LIABILITY COMPANIES, ) | |
| PARTNERSHIPS AND UNINCORPORATED ) | |
| ASSOCIATIONS IDENTIFIED ) | |
| ON SCHEDULE A HERETO, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NO. 7

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff ROBERT BOSCH LLC, hereby dismisses with prejudice all causes of action in the complaint as to the Defendant identified below and in Schedule A. No motions are pending relative to this Defendant. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 7 | Chamixx |

The respective Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: March 11, 2026        By:    s/Michael A. Hierl
                                               Michael A. Hierl
                                               William B. Kalbac
   Robert P. McMurray
   John Wilson
   Elizabeth A. Miller
   Hughes Socol Piers Resnick & Dym, Ltd.
   Three First National Plaza
   70 W. Madison Street, Suite 4000
   Chicago, Illinois 60602
   (312) 580-0100 Telephone
   (312) 580-1994 Facsimile
   mhierl@hsplegal.com

   Attorneys for Plaintiff
   ROBERT BOSCH LLC

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on March 11, 2026.


       s/Michael A. Hierl